499 A.2d 580

**Benson ZION, Petitioner,**

**v.**

**Walter K. PILCH and Mary Pilch, a/k/a Mary Pilch, Ind. and t/a K & P Electric Company.**

Supreme Court of Pennsylvania.

Oct. 29, 1985.

Petition for Allowance of Appeal GRANTED, No. 143 E.D. Appeal Docket 1985.